## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

FIREMAN'S INSURANCE COMPANY OF     :
WASHINGTON, D.C.,                       :
               Plaintiff,           :
                                   :
          v.                   :      Civil No. 5:19-cv-02912-JMG
                                   :
ERIE INSURANCE PROPERTY &        :
CASUALTY COMPANY, *et al.*,        :
             Defendants.     :

_____

## ORDER

**AND NOW**, this 5th day of April, 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 42), Defendants' Response in Opposition (ECF No. 47), Defendants' Motion for Summary Judgment (ECF No. 44), and Plaintiff's Response in Opposition (ECF No. 46), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 42) is **DENIED**;

2. Defendants' Motion for Summary Judgment (ECF No. 44) is **GRANTED** as to the claims in Plaintiff's Complaint;

3. Defendants' Motion for Summary Judgment (ECF No. 44) is **DENIED** as to Defendants' counterclaim;

   a. Defendants' first two requests for declaratory relief (Countercl. ¶¶ 19(a)–(b), ECF No. 32) are **DISMISSED** as moot;

   b. Defendants' remaining three requests for declaratory relief (Countercl. ¶¶ 19(c)–(e), ECF No. 32) are **DISMISSED** for lack of standing;

4. **JUDGMENT IS ENTERED** for Defendants and against Plaintiff;

5.  This case is **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge